# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**EDWARD LEE BROWN,**

    **Plaintiff,**

v.                                                             Case No. 1:22-cv-279-AW-MAF

**MICHAEL NIGH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 20, 2022 report and recommendation. ECF No. 5. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious for Plaintiff's failure to accurately disclose his litigation history." The clerk will then close the file.

SO ORDERED on January 20, 2023.

                                                     s/ *Allen Winsor*
                                                     United States District Judge